**Order entered May 5, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00263-CR

## CLEAVEN WADE III, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-83322-2015**

## ORDER

Before the Court is the State's second motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received with the motion filed as of the date of this order.

/s/    LANA MYERS
JUSTICE